**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-09510 |
| | § | |
| JOSE A TORRES | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $139,707.14 | Assets Exempt: | $5,619.51 |
| Total Distributions to Claimants: | $1,294.55 | Claims Discharged Without Payment: | $17,387.77 |
| Total Expenses of Administration: | $1,442.72 | | |

3) Total gross receipts of $2,737.27 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,737.27 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $308,829.14 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,442.72 | $1,442.72 | $1,442.72 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $18,551.00 | $4,768.32 | $4,768.32 | $1,294.55 |
| **Total Disbursements** | $327,380.14 | $6,211.04 | $6,211.04 | $2,737.27 |

4). This case was originally filed under chapter 7 on 03/17/2015. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/06/2017        By:   /s/ David P. Leibowitz
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Preference payments recovered pursuant to demand letter | 1241-000 | $2,737.27 |
| **TOTAL GROSS RECEIPTS** | | **$2,737.27** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kondaur Capital Corp | 4110-000 | $264,498.00 | $0.00 | $0.00 | $0.00 |
| | Nmac | 4110-000 | $32,677.00 | $0.00 | $0.00 | $0.00 |
| | Satander Consumer USA | 4110-000 | $11,654.14 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$308,829.14** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $684.32 | $684.32 | $684.32 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $20.78 | $20.78 | $20.78 |
| Green Bank | 2600-000 | NA | $18.06 | $18.06 | $18.06 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $700.00 | $700.00 | $700.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $19.56 | $19.56 | $19.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,442.72** | **$1,442.72** | **$1,442.72** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

USTForm 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-900 | $116.00 | $149.16 | $149.16 | $40.49 |
| 2 | Quantum3 Group LLC as agent for | 7100-900 | $568.00 | $568.18 | $568.18 | $154.26 |
| 3 | Quantum3 Group LLC as agent for | 7100-900 | $800.00 | $800.00 | $800.00 | $217.19 |
| 4 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $325.00 | $324.47 | $324.47 | $88.09 |
| 5 | Capital One, N.A. | 7100-900 | $324.00 | $325.42 | $325.42 | $88.35 |
| 6 | Dell Financial Services, LLC | 7100-000 | $2,504.00 | $2,601.09 | $2,601.09 | $706.17 |
|  | American Eagle GECRB | 7100-000 | $283.00 | $0.00 | $0.00 | $0.00 |
|  | Cap1/bstby | 7100-000 | $6,063.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One | 7100-000 | $535.00 | $0.00 | $0.00 | $0.00 |
|  | Choice Recovery | 7100-000 | $206.00 | $0.00 | $0.00 | $0.00 |
|  | Credit Cntrl | 7100-000 | $146.00 | $0.00 | $0.00 | $0.00 |
|  | Dsnb Macys | 7100-000 | $1,043.00 | $0.00 | $0.00 | $0.00 |
|  | Nordstrom FSB | 7100-000 | $5,417.00 | $0.00 | $0.00 | $0.00 |
|  | Osi Collect | 7100-000 | $146.00 | $0.00 | $0.00 | $0.00 |
|  | Peoples Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Receivable Solution Sp | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
|  | Westfield Jewelers/Sterling Jeweler | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,551.00 | $4,768.32 | $4,768.32 | $1,294.55 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1        Exhibit 8

| Case No.: | 15-09510-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TORRES, JOSE A | Date Filed (f) or Converted (c): | 03/17/2015 (f) |
| For the Period Ending: | 7/6/2017 | §341(a) Meeting Date: | 04/29/2015 |
| | | Claims Bar Date: | 03/14/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1150 W. 15th St #241 Chicago, IL 60608 Zillow Estimate | $104,714.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on Hand | $150.00 | $0.00 | | $0.00 | FA |
| 3 | PNC Checking Account ending in 3548 | $423.65 | $0.00 | | $0.00 | FA |
| 4 | PNC Saving Account ending in | $800.00 | $0.00 | | $0.00 | FA |
| 5 | Everyday household goods | $400.00 | $0.00 | | $0.00 | FA |
| 6 | Everyday wearing apparel | $150.00 | $0.00 | | $0.00 | FA |
| 7 | 401K merrill lynch | $3,600.00 | $0.00 | | $0.00 | FA |
| 8 | Nissan Rogue Very Good Condition 5,600 miles | $23,339.00 | $0.00 | | $0.00 | FA |
| 9 | 2011 Dodge Journey Good Condition 35,713 miles | $11,750.00 | $0.00 | | $0.00 | FA |
| 10 | Preference payments recovered pursuant to demand letter (u) | $0.00 | $2,737.27 | | $2,737.27 | FA |

**Asset Notes:** Demand letter sent to Kay Jewelers for payments made within 90 days pre-petition:
02/26/15: 500.00
01/22/15: 485.00
12/26/14: 485.00
03/13/15: 1267.27

**TOTALS (Excluding unknown value)**                                                                                   **Gross Value of Remaining Assets**
                             $145,326.65             $2,737.27                                  $2,737.27              $0.00

| Initial Projected Date Of Final Report (TFR): | 12/31/2016 | Current Projected Date Of Final Report (TFR): | 04/03/2017 | /s/ DAVID LEIBOWITZ |
|---|---|---|---|---|
| | | | | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-09510-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TORRES, JOSE A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3259 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/17/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/6/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2015 | (10) | Kay Jewelers | Partial preference payment pursuant to demand letter to Kay Jewelers | 1241-000 | $1,267.27 | | $1,267.27 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.18 | $1,266.09 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.04 | $1,264.05 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.90 | $1,262.15 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.03 | $1,260.12 |
| 04/26/2016 | (10) | Kay Jewelers | Payment for balance of preference pursuant to second demand letter to Kay Jewelers | 1241-000 | $1,470.00 | | $2,730.12 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.41 | $2,727.71 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.25 | $2,723.46 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.25 | $2,719.21 |
| 05/30/2017 | 3001 | Lakelaw | Claim #: ; Amount Claimed: $19.56; Distribution Dividend: 100.00%; | 3120-000 | | $19.56 | $2,699.65 |
| 05/30/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $700.00; Distribution Dividend: 100.00%; | 3110-000 | | $700.00 | $1,999.65 |
| 05/30/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $684.32 | $1,315.33 |
| 05/30/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $20.78 | $1,294.55 |
| 05/30/2017 | 3005 | Dell Financial Services, LLC | Claim #: 6; Amount Claimed: $2,601.09; Distribution Dividend: 27.15%; | 7100-000 | | $706.17 | $588.38 |
| 05/30/2017 | 3006 | Quantum3 Group LLC as agent for | Claim #: 1; Amount Claimed: $149.16; Distribution Dividend: 27.15%; | 7100-900 | | $40.49 | $547.89 |
| 05/30/2017 | 3007 | Quantum3 Group LLC as agent for | Claim #: 2; Amount Claimed: $568.18; Distribution Dividend: 27.15%; | 7100-900 | | $154.26 | $393.63 |
| 05/30/2017 | 3008 | Quantum3 Group LLC as agent for | Claim #: 3; Amount Claimed: $800.00; Distribution Dividend: 27.15%; | 7100-900 | | $217.19 | $176.44 |
| 05/30/2017 | 3009 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 4; Amount Claimed: $324.47; Distribution Dividend: 27.15%; | 7100-900 | | $88.09 | $88.35 |
| 05/30/2017 | 3010 | Capital One, N.A. | Claim #: 5; Amount Claimed: $325.42; Distribution Dividend: 27.15%; | 7100-900 | | $88.35 | $0.00 |

**SUBTOTALS** $2,737.27 $2,737.27

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 15-09510-JBS | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | TORRES, JOSE A | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***3259 | | **Checking Acct #:** | ******1001 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 3/17/2015 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/6/2017 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $2,737.27 | $2,737.27 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,737.27 | $2,737.27 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,737.27 | $2,737.27 | |

**For the period of 3/17/2015 to 7/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,737.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,737.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,737.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,737.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/10/2015 to 7/6/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,737.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,737.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,737.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,737.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-09510-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TORRES, JOSE A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3259 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 3/17/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/6/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,737.27 | $2,737.27 | $0.00 |

| For the period of 3/17/2015 to 7/6/2017 |  | For the entire history of the case between 03/17/2015 to 7/6/2017 |  |
|---|---|---|---|
| Total Compensable Receipts: | $2,737.27 | Total Compensable Receipts: | $2,737.27 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,737.27 | Total Comp/Non Comp Receipts: | $2,737.27 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $2,737.27 | Total Compensable Disbursements: | $2,737.27 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,737.27 | Total Comp/Non Comp Disbursements: | $2,737.27 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ